IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF ILLINOIS
                         EASTERN DIVISION

JOSHUA TAYLOR,                    )
                                  )
          Plaintiff,              )
                                  )
     v.                           )    No.  11 C 7047
                                  )
CITY OF CHICAGO, et al.,          )
                                  )
          Defendants.             )

                         MEMORANDUM ORDER

    Shortly before the most recent status hearing in this 42 U.S.C. §1983 ("Section 1983") action, the Chicago Corporation Counsel's Office filed the Answer of several Chicago police officer defendants to the Complaint brought against them and others by Joshua Taylor.  Because the courtesy copy of that responsive pleading had not been delivered to this Court's chambers before the status hearing, this Court had not had an opportunity to review it before that hearing.  It has now done so, and this memorandum is issued because of the form of that courtesy copy.

    This is the second time in the immediate past that the Corporation Counsel has delivered a copy of a pleading that is printed on both the front and the back of the tendered pages. This Court is all in favor of preserving the environment by cutting down fewer trees (one of the collateral benefits of substituting electronic filing for hard-copy filing), but pleadings that are stapled don't readily lend themselves to

convenient reading in that format.

Thus this Court has had to resort to photocopying the police officers' Answer, so that this time its chambers file contains 23 sheets of paper rather than the 12 that had been delivered (ironically resulting in the use of more rather than less paper). This memorandum is issued as a respectful request that the recent change to two-sided documents as Corporation Counsel submissions be abandoned, at least in cases assigned to this Court.

_____
Milton I. Shadur
Senior United States District Judge

Date: January 17, 2012